IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT STOUT, JR.,

Plaintiff,

v.

MICHAEL J. ASTRUE,

Defendant.                                                    No. 09-0285-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On August 2, 2010, Stout filed a reply to Defendant's response to Plaintiff's petition for attorney fees under the Equal Access to Justice Act (Doc. 29). Local Rule 7.1 (c) states in part:

> Reply briefs are not favored and should be filed only in exceptional circumstances. The party filing the reply brief shall state the exceptional circumstances.

Here, Stout's reply does not state the exceptional circumstances as to why a reply brief is needed. Thus, the Court **STRIKES** the reply.

**IT IS SO ORDERED.**

Signed this 4th day of August, 2010.

/s/ David R Herndon
**Chief Judge
United States District Court**